In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Real Property Required for the Opening and Extending of Twelfth Avenue, from West Forty-eighth Street to West Fifty-second Street, in the Borough of Manhattan, City of New York. (Street Proceeding). In the Matter of the Application of THE CITY OF NEW YORK, Acting by and through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of

Certain Real Property, Wharf Property, Lands, Lands under Water, Lands under Water Filled in, Wharfage, Rights, Incorporeal Hereditaments, Terms, Easements, Emoluments, Privileges and Appurtenances of and to the Lands, Lands under Water and Lands under Water Filled in, Necessary to Be Taken and Acquired for the Improvement of the Waterfront and Harbor of the City of New York between West Fiftieth and West Fifty-second Streets on the Easterly Side of Twelfth Avenue in the Borough of Manhattan, City of New York, Pursuant to a Certain Plan Determined upon and Adopted by the Commissioner of Docks on the 4th day of March, 1931, and Approved by the Commissioners of the Sinking Fund on April 22, 1931. (Dock Proceeding.) — Appeals by the City of New York and by 710 Twelfth Avenue Corporation from so much of final decree of the Supreme Court, New York county, as awards $183,756 principal and $26,920.25 interest to respondents Storm and others, in street proceeding; and from so much of a final decree of said court as awards $352,075 to 710 Twelfth Avenue Corporation and $367,894 to respondents Storm and others, in dock proceedings. Final orders, so far as appealed from, affirmed, with costs to the respondents Storm and others. No opinion. Settle orders on notice. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.